IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TARA BERG – HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL HEALTH PARTNERS INC., and YELLOWSTONE COUNTY DETENTION FACILITY, and SAM BOFTO, and YELLOWSTONE COUNTY SHERIFF'S OFFICE, and YELLOWSTONE COUNTY, and DOES A-Z INCLUSIVE,<br><br>Defendants. | CV-20-08-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the parties' Stipulation for Dismissal (Doc. 43) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of August, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE